UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LINDSAY MADER,
on behalf of herself and
all others similarly situated,

        Plaintiff,

        v.

DENTAL CRAFTERS, INC.,

        Defendant.

Case No. 20-cv-676

---

## ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

---

WHEREAS, the Court having previously preliminarily approved the parties' Amended Settlement Agreement, ECF No. 23, has reviewed the parties' Joint Motion for and Brief in Support of Motion for Final Approval of Class Action Settlement, Plaintiff's Service Award, and Counsel's Award of Fees and Costs as well as Plaintiff's filings in support thereof, and has held a Fairness Hearing regarding the same on October 25, 2022, IT IS ORDERED that:

1. The parties' Amended Settlement Agreement, ECF No. 22, is APPROVED as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and constitutes a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act as relates to Plaintiff's claim thereunder.

2. The Amended Settlement Agreement is binding on Plaintiff, Defendant, and all participating class members.

3. Payments to Plaintiff, her counsel, and all participating class members are hereby AUTHORIZED in accordance with the parties' Amended Settlement Agreement.

4. Plaintiff's Service Award in the amount of $3,000.00 is APPROVED.

5. Plaintiff's counsel's hourly rates of $450.00 as apply to Attorneys James A. Walcheske and Scott S. Luzi, and $325.00 as applied to Attorney Matthew J. Tobin are reasonable and the requested award of fees and costs in the total amount of $26,000.00 is APPROVED.

6. Plaintiff's released claims and those of all participating class members as defined in the parties' Amended Settlement Agreement are hereby DISMISSED with prejudice.

7. The claims of any class member who properly and timely excluded him or herself in accordance with the procedures in the Amended Settlement Agreement are hereby DISMISSED without prejudice.

8. This matter is hereby DISMISSED on the merits, with prejudice, and without further costs to either party.

Entered ~~[Date]~~ APRIL 14, 2023

BY THE COURT:

_____
JAMES D. PETERSON
District Judge